# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANTÉ HATCHER, #1822709,<br>    *Plaintiff,*<br>vs.<br>CLARK COUNTY DETENTION CENTER,<br>    *Defendant*. | 2:11-cv-00841-PMP-LRL<br><br>ORDER |

Following upon plaintiff's letter (#3),

IT IS ORDERED that the Clerk of Court shall update plaintiff's address as per the return address envelope to the Clark County Detention Center rather than the City of Las Vegas Detention Center and shall resend plaintiff a copy of #2 with this order at the updated new address.

IT FURTHER IS ORDERED that the time for plaintiff to pay an initial partial filing fee of $15.00 is extended up to and including 28 days from entry of this order.

DATED: June 20, 2011.

_____
UNITED STATES MAGISTRATE JUDGE