# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANTÉ HATCHER,<br>　　*Plaintiff*,<br>vs.<br>CLARK COUNTY DETENTION CENTER,<br>　　*Defendant*. | 2:11-cv-00841-PMP-CWH<br><br><br>ORDER |

The docket does not reflect that Plaintiff has paid the initial partial filing fee. The prior order advised that failure to make timely payment would result in dismissal, and the July 11, 2011, docket entry reflects that the order was remailed with a proper address.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice for failure to pay the filing fee.

The Clerk of the Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: December 19, 2011.

_____
PHILIP M. PRO
United States District Judge